# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Amerifactors Financial Group, LLC

Plaintiff,

v.

Case No.: 1:21–cv–06803
Honorable Joan H. Lefkow

University of Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 26, 2022:

MINUTE entry before the Honorable Joan H. Lefkow:The motion by Amerifactors for leave to file a fourth amended complaint [44] is granted insofar as it pleads promissory estoppel in the alternative to a breach of contract claim. The motion for leave to file account stated claim is denied. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.