# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Amerifactors Financial Group, LLC,

Plaintiff,

v.

University of Chicago,

Defendant,

Case No. 21 C 6803
Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendant
in the amount of

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant University of Chicago
and against plaintiff Amerifactors Financial Group, LLC
.

Defendant shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow on 8/11/2023.

Date: 8/11/2023

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk